# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-07266-JHN-RZx | Date | December 17, 2010 |
|---|---|---|---|
| Title | Paul Baldonado v. United States of America | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE RE DISMISSAL  (In Chambers)

On December 7, 2010, Defendant United States filed a Motion to Dismiss (docket no. 65), set for hearing on January 4, 2011. The primary basis of the Motion is Plaintiff's failure to exhaust administrative remedies.

Pursuant to Local Rule 7-9, opposing papers must be filed and served not later than twenty-one (21) days before the hearing on a motion. No opposition has been filed, such that the opposition is now overdue. Failure to file an opposition may be deemed consent to the granting of the motion. *See* Local Rule 7-12.

**Plaintiff is ORDERED TO SHOW CAUSE, in writing, <u>not later than December 27, 2010,</u> as to why the Court should not dismiss this case for lack of prosecution or for failure to file an opposition.**

The Court will accept the filing of Plaintiff's opposition by the above deadline as an appropriate response to the Court's Order**.** A reply, if any, must be filed by <u>January 3, 2011</u>.

The matter will be deemed submitted on receipt of the parties' briefing papers. The hearing set for January 4, 2011, is VACATED.

The Court resets the final pre-trial conference, currently scheduled for January 10, 2011, to **February 28, 2011 at 10:30 a.m.**. The trial date, currently set for February 1, 2011, is continued to **March 29, 2011, at 8:30 a.m.**

IT IS SO ORDERED.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-07266-JHN-RZx | Date | December 17, 2010 |
|---|---|---|---|
| Title | Paul Baldonado v. United States of America | | |