# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-07266-JHN-RZx | Date | April 22, 2011 |
|---|---|---|---|
| Title | Paul Baldonado v. United States of America | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Chris Silva for Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE SANCTIONS OR DISMISSAL**

A final pretrial conference is scheduled for May 9, 2011, in this matter. Pursuant to Local Rule 16-4, the parties were required to file and serve their Memoranda of Contentions of Fact and Law by 21 days before the conference. Witness lists and a joint exhibit list were due at the same time. *See* L.R. 16-5; 16-6.1. To date, the parties have not filed these materials.

The Court hereby **VACATES** the pretrial conference date. **The trial date of June 7, 2011, remains as set.**

**The parties are ORDERED TO SHOW CAUSE, in writing, not later than April 29, 2011, at noon, as to why the Court should not dismiss this case or impose other sanctions. The parties shall file their Memoranda of Contentions of Fact and Law by the same deadline.**

Upon the Court's receipt of Plaintiff's response to this Order, a new date for the conference will be scheduled.

The parties are referred to Local Rules 16-4 through 16-10 regarding pretrial filings.

**IT IS SO ORDERED**.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CSI | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-07266-JHN-RZx | Date | April 22, 2011 |
|---|---|---|---|
| Title | Paul Baldonado v. United States of America | | |