1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BALDONADO,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | ) Case No. 2:06-cv-07266-JHN-RZx<br>)<br>) **JUDGMENT IN FAVOR OF**<br>) **DEFENDANT**<br>)<br>) Judge: Hon. Jacqueline H. Nguyen<br>)<br>)<br>)<br>) |

In accordance with the Findings of Fact and Conclusions of Law issued on this date, it is hereby ORDERED, ADJUDGED, AND DECREED that final judgment be entered in favor of Defendant, the United States of America.

Dated: July 25, 2011

HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT COURT JUDGE